UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. W., | ) |
|     Plaintiff, | ) ) ) ) No.: |
| v. | ) ) |
| JARIS HAYDEN, | ) ) ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE INITIAL COMPLAINT UNDER SEAL WITH A PUBLIC REDACTED COPY, AND FOR ORDER THAT ALL PARTIES FILE ALL SUBSEQUENT PUBLIC PLEADINGS USING ONLY PLAINTIFF'S NITIALS**

Comes now Plaintiff, by counsel W. Bevis Schock and Hugh A. Eastwood, and move to File Initial Complaint under Seal with a Public Redacted Copy, and for Order that all Parties File all Subsequent Public Pleadings Using Only Plaintiff's Initials. In support whereof Plaintiff states:

1. This is a 42 U.S.C. 1983 civil rights case. In relevant part, Plaintiff's complaint alleges that Jaris Hayden of the City of Ferguson Jail committed sexual assaults on Plaintiff

2. Plaintiff makes this Motion to protect her privacy and to avoid the social stigma which commonly attaches to:

    a. Being a victim of sexual assault and/or

    b. Being a victim of retaliation for complaining of sexual misconduct by a government official.

3. Fed.R.Civ.P. 10(a) states that the complaint's title shall include the names of the parties, but exceptions are commonly granted, e.g., *Roe v. Wade*, 410 U.S. 113 (1973) (abortion), *W.G.A. v. Priority Pharmacy*, 184 F.R.D. 616, 617 (E.D.Mo. 1999) (HIV status), and *Doe v. Colautti*, 592 F.2d 704 (3rd Cir. 1979) (mental illness).

4. Defendants will not be prejudiced because:

   a. Defendants already know Plaintiff's identity,

   b. If the Motion is granted Plaintiff's counsel will provide to Defendants' counsel an unredacted copy of the complaint, and

   c. At trial Plaintiff will state her full names in open court.

5. E.D.Mo. L.R. 83-13.05 allows the court to order documents to be filed under seal upon showing of good cause.  See also E.D.Mo. L.R. 5-2.17(B) regarding redaction procedure.

6. The court has granted similar Motions, e.g., J.P. v. Edwards, *et al.*, 4:12-CV-01819-TCM.

WHEREFORE, Plaintiff prays the Court for leave to file her initial complaint under seal with a public redacted copy, and for an order that all Parties File all Subsequent Public Pleadings Using Only Plaintiff's Initials.

Respectfully Submitted,

Co-Counsel for Plaintiff

   /s/ W. Bevis Schock   .
W. Bevis Schock, MBE # 32551
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/ Hugh A. Eastwood   .
Hugh A. Eastwood, MBE # 62058
Attorney at Law
7777 Bonhomme Ave., Ste. 1603
St. Louis, MO 63105
heastwood@eastwoodlawstl.com
Fax:    314-727 4473
Voice: 314-809-2343

2