UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. W., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No.: 4:14-CV-01928-RLW |
| CITY OF FERGUSON, *et al.* | ) ) ) |
| Defendants. | ) |

**PLAINTIFF J.W.'S CONDITIONAL MOTION FOR STAY
AS TO DEFENDANT CITY OF FERGUSON**

Comes now Plaintiff J.W., by counsel W. Bevis Schock and Hugh A. Eastwood, and, if the Court stays the case as to Defendant Hayden, moves the Court to also stay this case as to Defendant The City of Ferguson.  Plaintiff has submitted a Memorandum in Support of this Motion.

Respectfully Submitted,

Attorneys for Plaintiff

  /s/   W. Bevis Schock   .
W. Bevis Schock, 32551MO
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

  /s/   Hugh A. Eastwood   .
Hugh A. Eastwood, 62058MO
7777 Bonhomme Ave., Ste. 1603
St. Louis, Missouri 63105
heastwood@eastwoodlawstl.com
Fax:    (314) 727-4473
Vox:    (314) 809 2343

CERTIFICATE OF SERVICE
I hereby certify that on January 12, 2015 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:
  /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO