UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.W., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 14-cv-01928 RLW |
| CITY OF FERGUSON, MISSOURI AND JARIS HAYDEN, | ) ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) |

## *CONSENT OF DEFENDANT CITY OF FERGUSON'S TO DEFENDANT HAYDEN'S MOTION TO STAY*

COMES NOW Defendant, the City of Ferguson, and consents to the Motion to Stay filed by Defendant Hayden

**WHEREFORE,** Defendant City of Ferguson respectfully requests this Court grant Defendant Hayden's Motion to Stay, and for such further relief that this Court deems just and proper.

/s/ *Peter J. Dunne*
Peter J. Dunne   #31482
Robert T. Plunkert #62064
PITZER SNODGRASS, P.C.
Attorneys for Defendant City of Ferguson
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
dunne@pspclaw.com
plunkert@pspclaw.com

{180009.DOCX;1}

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 20th day of January, 2015 to be served by operation of the Court's electronic filing system upon the following:

Mr. W. Bevis Schock
Attorney for Plaintiff
7777 Bonhomme, Suite 1300
St. Louis, Missouri  63105
314-721-2322
wbschock@schocklaw.com;  and

Mr. Hugh A. Eastwood
Attorney for Plaintiff
7777 Bonhomme Ave, Suite 1603
St. Louis, Missouri 63105
314-809-2343
heastwood@eastwoodlawstl.com;  and

Mr. Ted L. Perryman
Attorney for Defendant Hayden
1034 S. Brentwood, Suite 2100
St. Louis Missouri 63117
314-421-1850
tperryman@robertsperryman.com.

/s/ *Peter J. Dunne*