UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J. W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  4:14-CV-01928-RLW |
| | ) | |
| CITY OF FERGUSON, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REPORT ON STATUS OF UNDERLYING CRIMINAL CASE**

Comes now Plaintiff J.W., by counsel W. Bevis Schock and Hugh A. Eastwood, and Defendant Hayden by Ted L. Perryman and Jason D. Guerra, and in response to the court's order, Doc.#23, to provide by March 23, 2015 a status report on the underlying criminal case, state as follows:

The charges against Defendant Hayden in St. Louis County, 14SL-CR09359, remain pending.  Those charges are:

      1.     Acceding to Corruption by a Public Servant, RSMo.576.020,

      2.     Sexual Contact with a Prisoner by Employee of Jail, RSMo. 566.145 (2 charges), and

      3.     Permitting Escape, RSMo. 575.240.

The matter is currently on the call docket for April 9, 2015 at 9:00 a.m. in Division 8.

Respectfully Submitted,

/s/ W. Bevis Schock
W. Bevis Schock, MBE # 32551
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105

wbschock@schocklaw.com
Fax:     314-721-1698
Voice: 314-726-2322

/s/ Ted L. Perryman
Ted L. Perryman
Jason D. Guerra
Roberts Perryman
1034 S. Brentwood Blvd., Ste. 2100
St. Louis, MO  63117