UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. W., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:14-CV-01928-RLW |
| ) | |
| CITY OF FERGUSON, *et al.* ) | |
| ) | |
|     Defendants. ) | |

**JOINT REPORT ON STATUS OF UNDERLYING CRIMINAL CASE**

Comes now Plaintiff J.W., by counsel W. Bevis Schock and Hugh A. Eastwood, Defendant Hayden by Ted L. Perryman and Jason D. Guerra, and City of Ferguson by Peter Dunne, and in response to the court's order, Doc. #28, to provide by April 13, 2015 a status report on the underlying criminal case, state as follows:

The charges against Defendant Hayden in St. Louis County, 14SL-CR09359, remain pending.  Those charges are:

    1.    Acceding to Corruption by a Public Servant, RSMo.576.020,

    2.    Sexual Contact with a Prisoner by Employee of Jail, RSMo. 566.145 (2 charges), and

    3.    Permitting Escape, RSMo. 575.240.

The matter was on the call docket on April 9, 2015 at 9:00 a.m. in Division 8.  At that court date the court continued the case, by consent of the parties, to the call docket of June 4, 2015.

Respectfully Submitted,

/s/ W. Bevis Schock

Case: 4:14-cv-01928-RLW   Doc. #:  29   Filed: 04/09/15   Page: 2 of 2 PageID #: 119

W. Bevis Schock, MBE # 32551
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

/s/ Ted L. Perryman
Ted L. Perryman
Jason D. Guerra
Roberts Perryman
1034 S. Brentwood Blvd., Ste. 2100
St. Louis, MO  63117

/s/  Peter Dunne
Peter Dunne
Pitzer & Snodgras
100 S. 4th St., Ste. 400
St. Louis, MO  63102