UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. W., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No.:  4:14-CV-01928-RLW |
| | ) |
| CITY OF FERGUSON, *et al.* | ) |
| | ) |
|     Defendants. | ) |

**JOINT REPORT ON STATUS OF UNDERLYING CRIMINAL CASE**

Comes now Plaintiff J.W., by counsel W. Bevis Schock and Hugh A. Eastwood, Defendant Hayden by Ted L. Perryman and Jason D. Guerra, and City of Ferguson by Peter Dunne, and in response to the court's order, Doc. #30, to provide by June 8, 2015 a status report on the underlying criminal case, state as follows:

The charges against Defendant Hayden in St. Louis County, 14SL-CR09359, remain pending.  Those charges are:

1. Acceding to Corruption by a Public Servant, RSMo.576.020,
2. Sexual Contact with a Prisoner by Employee of Jail, RSMo. 566.145 (2 charges), and
3. Permitting Escape, RSMo. 575.240.

The matter was on the call docket on June 4, 2015 at 9:00 a.m. in St. Louis County in Division 8.  At that court date the court continued the case, by consent of the parties, to the call docket of July 30, 2015.

Respectfully Submitted,
Co-Counsel for Plaintiff

  /s/ W. Bevis Schock  .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

  /s/ Hugh A. Eastwood  .
Hugh A. Eastwood, 62058MO
Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, MO 63105
heastwood@eastwoodlawstl.com
Fax:    314-863-5335
Vox:    314-809-2343


/s/ Ted L. Perryman
Ted L. Perryman
Jason D. Guerra
Roberts Perryman
1034 S. Brentwood Blvd., Ste. 2100
St. Louis, MO  63117

/s/  Peter Dunne
Peter Dunne
Pitzer & Snodgras
100 S. 4th St., Ste. 400
St. Louis, MO  63102