UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J. W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-cv-01928-RLW |
| | ) | |
| CITY OF FERGUSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REPORT ON STATUS OF UNDERLYING CRIMINAL CASE**

Comes now Plaintiff J.W., by counsel W. Bevis Schock and Hugh A. Eastwood, and

Defendant Hayden by Ted L. Perryman and Jason D. Guerra, and the City of Ferguson by Peter

Dunne, and in response to the Court's Order, Doc. # 38, to provide status reports at certain times

on the underlying criminal case, state as follows:

On Friday, October 7, 2016, Defendant Hayden entered a plea of guilty to Counts I and

IV of the Grand Jury Indictment before the Hon. Tom W. DePriest, Division 8, in the Circuit

Court of St. Louis County, Cause No. 14SL-CR09359, as follows:

Count I          Acceding to Corruption by a Public Servant, RSMo.576.020, and

Count IV         Permitting Escape, RSMo. 575.240.

Each of those offenses is a Class D felony.  The State of Missouri has recommended that

Defendant Hayden be sentenced to a term not to exceed 4 years on each Count, to run

concurrently.

The Prosecuting Attorney filed *nolle prosequi* on Counts II and III.

All Counts against Mr. Hayden are therefore resolved.

The criminal matter is set for sentencing in that court on December 20, 2016 at 9:00 a.m.

All parties agree that "the conclusion of the criminal case" will only occur when Mr. Hayden is sentenced.

Plaintiff J.W. therefore anticipates that in late December, after sentencing, she will move to re-open the case pursuant to the Court's Order, Doc. # 38.

Respectfully submitted,

/s/ W. Bevis Schock
W. Bevis Schock, 32551MO
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO 63105
wbschock@schocklaw.com
Fax: 314-721-1698
Voice: 314-726-2322

/s/ Hugh A. Eastwood
Hugh A. Eastwood, 62058MO
7911 Forsyth Blvd., Suite 300
St. Louis, Missouri  63105-3825
heastwood@eastwoodlawstl.com
Vox     314 809 2343
Fax     314 863 5335

/s/ Ted L. Perryman
Ted L. Perryman, 28410MO
Jason D. Guerra, 54567MO
Roberts Perryman
1034 S. Brentwood Blvd., Ste. 2100
St. Louis, MO 63117


/s/  Peter Dunne  .
Peter J. Dunne, 31482MO
Pitzer Snodgras
100 S. 4th St., Ste. 400
St. Louis, MO  63102