UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.W., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14CV1928 RLW |
| | ) |
| CITY OF FERGUSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on review of its record. On June 13, 2017, an Alternative Dispute Resolution ("ADR") Compliance Report was filed, indicating that the parties achieved a settlement through ADR. (ECF No. 58) On June 14, 2017, the Court ordered counsel to file a stipulation for dismissal within thirty (30) days. (ECF No. 59) The Order further stated, "[f]ailure to timely comply with this order shall result in the dismissal of this action with prejudice." Over four months have passed, and the parties have failed to request additional time or otherwise comply with the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.

Dated this 25th day of October, 2017.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**